# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**v.**                              **Case No. 4:14-cr-00255 KGB**

**SHERRY MAE SEALS**                                                                              **DEFENDANT**

## ORDER

Defendant Sherry Mae Seals has filed a motion for early termination of supervised release. The Court directs the Clerk to send a copy of the motion, along with a copy of this Order, to John Ray White, Chief of the Criminal Division for the United States Attorney's Office. The United States must respond to the motion, after conferring with the probation office, within fourteen days from the entry of this Order.

SO ORDERED this 15th day of January, 2015.

_____
Kristine G. Baker
United States District Judge